UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 26, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ESHAQ M. NAWABI,

Defendant.

Case No. 2:26-cr-00136-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ESHAQ M. NAWABI, Case No. 2:26-cr-00136-TLN, Charge 18 USC § 1343, from custody for the following reasons:

X Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

___ Unsecured Appearance Bond $ ___

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other):

Issued at Sacramento, California on August 26, 2026 at 2:30 PM.

By: Allison Claire

Magistrate Judge Allison Claire