ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ESHAQ M. NAWABI,<br>Defendant. | CASE NO. 2:26-CR-00136-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: November 12, 2026<br>PROPOSED DATE: January 7, 2027<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 12, 2026.

2. By this stipulation, defendant now moves to continue the status conference until January 7, 2027, at 9:30 a.m., and to exclude time between November 12, 2026, and January 7, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) This is the first request for a continuance.

b) The government has represented that the discovery associated with this case includes over 7,000 pages of documents, including voluminous financial records, and hours of recordings. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

c) Counsel for defendant desires additional time consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) The continuance is not based on the congestion of the Court or the unavailability of witnesses.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2026 to January 7, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 5, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: November 5, 2026

/s/ *Robin Chang*
ROBIN CHANG
Assistant Federal Defender
Counsel for Defendant
ESHAQ M. NAWABI

## ORDER

IT IS SO FOUND AND ORDERED this 5th day of November, 2026.

Troy L. Nunley
Chief United States District Judge